IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICK CARSON,

    Petitioner,

vs.                                 CASE NO. 4:07-cv-477-SPM/WCS

JAMES MCDONOUGH,

    Respondent.
_____/

## ORDER

This cause comes before the Court on Petitioner's Motion to Appoint Counsel (doc. 18), Motion to Correct Clerk's Judgment (doc. 20), Motion for Leave to Appeal In Forma Pauperis (doc. 22), and Motion for Certificate of Appealability (doc. 23). For the following reasons, all of the Petitioner's Motions will be denied.

A Petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is met if the Petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal. Slack v. McDaniel, 529 U.S. 473, 484 (2000). All of the grounds for the decision to deny the petition for writ of habeas corpus were fully explored and resolved in the Magistrate Judge's Report and

Recommendation (doc. 14) and Order Adopting Report and Recommendation (doc. 16). Petitioner's claims are not based on an accurate view of the law or facts. After careful consideration, it is the Court's conclusion that Petitioner has not made a substantial showing of the denial of a constitutional right. Furthermore, the issues in this case are not debatable among reasonable jurists and the issues do not deserve encouragement to appeal.

Additionally, Petitioner is not entitled to proceed in forma pauperis and not entitled to appointment of counsel because his appeal is frivolous. As the Court has denied his habeas corpus petition with prejudice, there is no error in the clerk's judgment to correct.

Accordingly, it is hereby ORDERED AND ADJUDGED that Petitioner's Motions (docs. 18, 20, 22, 23) are *denied*.

DONE AND ORDERED this fourth day of February, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge